# Exhibit A

Subject: **Please DocuSign: TI88-8323.pdf**
Date: 12/3/2019 1:11:37 PM Eastern Standard Time
From: dse_NA3@docusign.net
Reply To: jessica.c@viewmediation.com
To: 

# DocuSign

Clearview Mediation sent you a document to review and sign.

## REVIEW DOCUMENT

**Clearview Mediation**
jessica.c@viewmediation.com

Attached you will find your agreement for file TI88-8323. Please sign and return at your earliest convenience. Any questions you may contact our office.

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
2891FA632BBB4906A1302675E5B941663

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Clearview Mediation who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.



10620 Treena Street #230
San Diego CA 92101

Statement Date: **12/2/2019**

**Bill To:**
**THOMAS WILLIAMS**

File Number: **TI88-8323**

| Original Creditor: HSBC AUTO FINANCE |
| Original Account #: 500002029701 |
| Account Balance: $6,200.00 |

Current financial agreement:

| | | | |
|---|---|---|---|
| Number of Payments: | 13 | | |
| Initial Payment Date: | 12/2/2019 | Payment Amount: | $ 100.00 |
| | 12/6/2019 | Payment Amount: | $ 600.00 |
| Recurring Cycle: | **MONTHLY** | | |
| Recurring Payment Number: | 11 | Payment Amount: | $ 500.00 |
| Final Payment Date: | 11/15/2020 | Payment Amount: | $ 500.00 |

Upon receipt of final payment, all parties shall be released from liability to each other concerning the matters in this dispute, and CLEAR VIEW MEDIATION shall send a stipulation of discontinuance without prejudice to THOMAS WILLIAMS within 90 days.

*By signing below, I,* THOMAS WILLIAMS *certify that I have read, understand, and agree to comply with the above outlined payment terms. I Authorize CLEAR VIEW MEDIATION to debit the account information I have provided.*

Signature: _____  Date: _____

Payments notated above shall be drafted from
☐ ACH account ending in XXXXXXXX-
☐ Card ending in XXXX-XXXX-XXXX-

Should you have any questions or concerns regarding this account please contact our offices. Should you need to change or update your billing information please call us 24 hours prior to your scheduled payment. No refunds will be given after 30 days. This authorization may be revoked by THOMAS WILLIAMS with written notice no less than 10 days prior to scheduled payment date. Please visit our website for our full Return Policy.

THIS AS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. AS REQUIRED BY LAW, YOU ARE HEREBY NOTIFIED THAT A NEGATIVE CREDIT REPORT REFLECTING ON YOUR CREDIT RECORD MAY BE SUBMITTED TO A REPORTING AGENCY IF YOU FAIL TO FULFILL THE TERMS OF YOUR CREDIT OBLIGATIONS. UNLESS YOU NOTIFY CVM DIRECTLY WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR

Phone • 833.561.7812    Fax • 714.786.8097    Email • info@viewmediation.com

ANY PORTION THEREOF, CLEAR VIEW MEDIATION WILL ASSUME THE DEBT IS VALID. FURTHERMORE, YOU UNDERSTAND THAT THIS NOTICE IS FROM A DEBT COLLECTION AGENCY OFFERING YOU AN OPPORTUNITY TO SETTLE THIS DELINQUENCY WITH THE CREDITOR.



## Certificate Of Completion

Envelope Id: 9D8AC826C09E4E32BFF1AE59EFC956F6  
Subject: Please DocuSign: TI88-8323.pdf  
Source Envelope:  
Document Pages: 2            Signatures: 0  
Certificate Pages: 4         Initials: 0  
AutoNav: Enabled  
EnvelopeId Stamping: Enabled  
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Status: Delivered

Envelope Originator:  
Clearview Mediation  
12900 Garden Grove  
nil  
Garden Grove, CA  92843  
jessica.c@viewmediation.com  
IP Address: 216.231.0.247

## Record Tracking

Status: Original  
            12/2/2019 2:09:54 PM

Holder: Clearview Mediation  
            jessica.c@viewmediation.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| THOMAS WILLIAMS<br>▬▬▬▬▬▬▬▬▬<br>Security Level: Email, Account Authentication (None) | | Sent: 12/2/2019 2:11:35 PM<br>Resent: 12/2/2019 3:13:14 PM<br>Resent: 12/3/2019 10:11:15 AM<br>Resent: 12/3/2019 10:11:36 AM<br>Viewed: 12/3/2019 10:25:55 AM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 12/3/2019 10:25:55 AM<br>    ID: 16c85989-de33-4567-845d-6e36216a80ef | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 12/3/2019 10:11:36 AM |
| Certified Delivered | Security Checked | 12/3/2019 10:25:55 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Clear View Mediation (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Clear View Mediation:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: kdaniel@viewmediation.com

**To advise Clear View Mediation of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at kdaniel@viewmediation.com and in the body of such request you must state: your previous email address, your new email address. We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Clear View Mediation**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to kdaniel@viewmediation.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Clear View Mediation**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to kdaniel@viewmediation.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Clear View Mediation as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Clear View Mediation during the course of your relationship with Clear View Mediation.