AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION   RETURN

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Thomas Williams,
    Plaintiff,

Case No.  1:20-cv-965
Hon.    Hala Y. Jarbou

v.

First Network, LLC, Elite Integrity LLC, Ambitious
Marketing Group, Optimum Resource Group, Kamisha
Marie Daniel, Martinee Lashunn Jackson, Myeshia S.
Gibson, and Rostam Varahrami, Defendants.

TO: First Network, LLC 
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
___21___ days after service of this sum mons on y ou (not
counting the day  you received it). If y ou fail to respond,
judgment by default will be entered against you for the relief
demanded in the com plaint. You must also file y our answer
or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Phillip C. Rogers (P34356)
Attorney at Law
6140 28th Street SE, Suite 115
Grand Rapids, Michigan 49546-6938

CLERK OF COURT



10/08/2020

By Deputy Clerk             Date

---

## PROOF OF SERVICE

This summons for _____ First Network, LLC _____ was received by me on __10-13-2020__.
     (name of individual and title, if any)                   (date)

☐ I personally served the summons on the individual at _____
on _____.            (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
               (date)

☒ I served the summons on __Kamisha Marie Daniel_____, who is designated by law to accept service
           (name of individual)
of process on behalf of __First Network LLC_____ on __12-3-2020__.
         (name of organization)                (date)

☐ I returned the summons unexecuted because _____

☐ Other (specify) _____

My fees are $ __O.OO_____ for travel and $ __65.00__ for services, for a total of $ __65.00__.

I declare under the penalty of perjury that this information is true.
Date: __12-3-2020__

                                    Server's signature

Additional information regarding attempted service, etc.:      Brandon Sorensen, Process Server
                                           Server's printed name and title
48, African-American Female, 155#, 5'6"    231 E Alessandro Blvd A368 Riverside
black hair                                               Server's address
Time of Service: 1:33pm                              CA 92508

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-965-HYJ-PJG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FIRST NETWORK, LLC - BY SERVING: KAMISHA MARIE DANIEL was received by me on *(date)* Oct 13, 2020, 12:00 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KAMISHA MARIE DANIEL , who is designated by law to accept service of process on behalf of *(name of organization)* FIRST NETWORK, LLC on *(date)* Thu, Dec 03 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 0.00 for travel and $ 65.00 for services, for a total of $ $65.00.

I declare under penalty of perjury that this information is true.

Date: 12/03/2020

*Server's signature*

BRANDON SORENSEN, PROCESS SERVER

*Printed name and title*

EXCALIBUR ATTORNEY SERVICES - 231 E. ALESSANDRO BOULEVARD, SUITE # A368, RIVERSIDE, CA 92508 TELEPHONE: (877) 378-3843

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 3, 2020, 1:33 pm PST at Home: 139 San Benito, Irvine, CA 92618 by serving: FIRST NETWORK, LLC - Documents left with: KAMISHA MARIE DANIEL. Age: 48; Ethnicity: African American; Gender: Female; Weight: 155; Height: 5'6"; Hair: Black.

Subject attempted evading service by driving straight into the garage. She was operating a Blue BMW M3 with plates that say M3LIVIN. Upon arrival the process server encountered a young African-American male who stated the subject was on the way home. The process server then went around the corner and waited. Kamisha then drove in the subdivision and in plain sight of the server towards the garage. The server announced service of process and drop served the documents as she entered the garage and quickly closed the door.

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/13)

# SUMMONS IN A CIVIL ACTION  RETURN

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Thomas Williams,
Plaintiff,

Case No.    1:20-cv-965
Hon.    Hala Y. Jarbou

v.

First Network, LLC, Elite Integrity LLC, Ambitious
Marketing Group, Optimum Resource Group, Kamisha
Marie Daniel, Martinee Lashunn Jackson, Myeshia S.
Gibson, and Rostam Varahrami, Defendants.

TO: Elite Integrity LLC
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to    serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
__21__ days after service of this sum mons on you (not
counting the day you received it). If y ou fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint. You must also file your answer
or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Phillip C. Rogers (P34356)
Attorney at Law
6140 28th Street SE, Suite 115
Grand Rapids, Michigan 49546-6938

CLERK OF COURT



By Deputy Clerk    10/08/2020
Date

---

## PROOF OF SERVICE

This summons for _____ Elite Integrity LLC _____ was received by me on __10-13-2020__.
(name of individual and title, if any)                                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                      (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☑ I served the summons on __Kamisha Marie Daniel_____, who is designated by law to accept service
(name of individual)
of process on behalf of __Elite Integrity LLC_____ on __12-3-2020__
(name of organization)                                              (date)

☐ I returned the summons unexecuted because _____
☐ Other (specify) _____

My fees are $ __0.00__ for travel and $ __65.00__ for services, for a total of $ __65.00__.

I declare under the penalty of perjury that this information is true.
Date: __12-03-2020__            _Broude_
                                                    Server's signature

Additional information regarding attempted service, etc.:        Brandon Sorensen, Process Server
48, African-American Female, 155#, 5'6"                          Server's printed name and title
black hair                                                      231 E. Alessandro Blvd. A368, Riverside
Time of Service: 1:31pm                                          Server's address        CA, 92508

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-965-HYJ-PJG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ELITE INTEGRITY, LLC was received by me on *(date)* Oct 13, 2020, 12:00 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KAMISHA MARIE DANIEL , who is designated by law to accept service of process on behalf of *(name of organization)* ELITE INTEGRITY, LLC on *(date)* Thu, Dec 03 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 0.00 for travel and $ 65.00 for services, for a total of $ $65.00.

I declare under penalty of perjury that this information is true.

Date: 12/03/2020

*Server's signature*

BRANDON SORENSEN, PROCESS SERVER

*Printed name and title*

EXCALIBUR ATTORNEY SERVICES - 231 E. ALESSANDRO BOULEVARD, SUITE # A368, RIVERSIDE, CA 92508 TELEPHONE: (877) 378-3843

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 3, 2020, 1:31 pm PST at Home: 139 San Benito , Irvine, CA 92618 by serving: ELITE INTEGRITY, LLC - Documents left with: KAMISHA MARIE DANIEL. Age: 48; Ethnicity: African American; Gender: Female; Weight: 155; Height: 5'6"; Hair: Black

Subject attempted evading service by driving straight into the garage. She was operating a Blue BMW M3 with plates that say M3LIVIN. Upon arrival the process server encountered a young African-American male who stated the subject was on the way home. The process server then went around the corner and waited. Kamisha then drove in the subdivision and in plain sight of the server towards the garage. The server announced service of process and drop served the documents as she entered the garage and quickly closed the door.

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION   RETURN

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Thomas Williams,<br>Plaintiff, | Case No.   1:20-cv-965<br>Hon.   Hala Y. Jarbou |

v.

First Network, LLC, Elite Integrity LLC, Ambitious
Marketing Group, Optimum Resource Group, Kamisha
Marie Daniel, Martinee Lashunn Jackson, Myeshia S.
Gibson, and Rostam Varahrami, Defendants.

TO: Optimum Resource Group
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
__21__   days after service of this sum mons on y ou (not
counting the day  you received it). If y ou fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint.  You must also file your answer
or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Phillip C. Rogers (P34356)
Attorney at Law
6140 28th Street SE, Suite 115
Grand Rapids, Michigan 49546-6938

CLERK OF COURT



10/08/2020
By Deputy Clerk                    Date

---

## PROOF OF SERVICE

This summons for _____ Optimum Resource Group _____ was received by me on __10·13·2020__.
(name of individual and title, if any)                                               (date)

☐ I personally served the summons on the individual at _____
on _____.                                         (place where served)
          (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                      (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                            (date)

☑ I served the summons on __Kamisha Marie Daniel__, who is designated by law to accept service
                                      (name of individual)
of process on behalf of __Optimum Resource Group__ on __12·3·2020__.
                                  (name of organization)                                  (date)

☐ I returned the summons unexecuted because _____

☐ Other (specify) _____

My fees are $ __0.00__ for travel and $ __65.00__ for services, for a total of $ __65.00__.

I declare under the penalty of perjury that this information is true.
Date: __12·3·2020__                     _Brandon_
                                        Server's signature
Additional information regarding attempted service, etc.:
                                        Brandon Sorensen, Process Server
__48, African-American Female, 155#, 5'6"__        Server's printed name and title
__black hair__                          231 E. Alessandro Blvd. A368, Riverside
__Time of Service: 1:35pm__             Server's address
                                                           CA, 92508

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-965-HYJ-PJG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* OPTIMUM RESOURCE GROUP was received by me on *(date)* Oct 13, 2020, 12:00 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KAMISHA MARIE DANIEL , who is designated by law to accept service of process on behalf of *(name of organization)* OPTIMUM RESOURCE GROUP on *(date)* Thu, Dec 03 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 0.00 for travel and $ 65.00 for services, for a total of $ $65.00.

I declare under penalty of perjury that this information is true.

Date: 12/03/2020

*Server's signature*

BRANDON SORENSEN, PROCESS SERVER

*Printed name and title*

EXCALIBUR ATTORNEY SERVICES - 231 E. ALESSANDRO BOULEVARD, SUITE # A368, RIVERSIDE, CA 92508 TELEPHONE: (877) 378-3843

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 3, 2020, 1:35 pm PST at Home: 139 San Benito, Irvine, CA 92618 by serving: OPTIMUM RESOURCE GROUP - Documents left with: KAMISHA MARIE DANIEL. Age: 48; Ethnicity: African American; Gender: Female; Weight: 155; Height: 5'5"; Hair: Black.

Subject attempted evading service by driving straight into the garage. She was operating a Blue BMW M3 with plates that say M3LIVIN. Upon arrival the process server encountered a young African-American male who stated the subject was on the way home. The process server then went around the corner and waited. Kamisha then drove in the subdivision and in plain sight of the server towards the garage. The server announced service of process and drop served the documents as she entered the garage and quickly closed the door.

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/13)

# SUMMONS IN A CIVIL ACTION  RETURN

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Thomas Williams,
Plaintiff,

Case No.   1:20-cv-965
Hon.   Hala Y. Jarbou

TO: Kamisha Marie Daniel
ADDRESS:

v.

First Network, LLC, Elite Integrity LLC, Ambitious
Marketing Group, Optimum Resource Group, Kamisha
Marie Daniel, Martinee Lashunn Jackson, Myeshia S.
Gibson, and Rostam Varahrami, Defendants.

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
__21__ days after service of this summons on you (not
counting the day you received it). If you fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint. You must also file your answer
or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Phillip C. Rogers (P34356)
Attorney at Law
6140 28th Street SE, Suite 115
Grand Rapids, Michigan 49546-6938

CLERK OF COURT



By Deputy Clerk                                           10/08/2020
                                                              Date

---

## PROOF OF SERVICE

This summons for _____ Kamisha Marie Daniel _____ was received by me on  10-13-2020 .
(name of individual and title, if any)                                              (date)

☒ I personally served the summons on the individual at 139 San Benito, Irvine, CA 92618
on  12-3-2020 .                                                    (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ 0.00 _____ for travel and $ 65.00 _____ for services, for a total of $ 65.00 .

I declare under the penalty of perjury that this information is true.
Date: 12-3-2020

Brauder
Server's signature

Brandon Sorensen, Process Server
Server's printed name and title

Additional information regarding attempted service, etc.:
48, African-American Female, 155#, 5'6"
black hair
Time of Service: 1:22pm

731 E. Alessandro Blvd. A368, Riverside CA
92508
Server's address

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-965-HYJ-PJG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KAMISHA MARIE DANIEL was received by me on *(date)* Oct 13, 2020, 12:00 pm.

☒ I personally served the summons on the individual at *(place)* 139 San Benito , Irvine, CA 92618 on *(date)* Thu, Dec 03 2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 0.00 for travel and $ 65.00 for services, for a total of $ $65.00.

I declare under penalty of perjury that this information is true.

Date: 12/03/2020

_____
Server's signature

BRANDON SORENSEN, PROCESS SERVER
_____
Printed name and title

EXCALIBUR ATTORNEY SERVICES - 231 E. ALESSANDRO BOULEVARD, SUITE # A368, RIVERSIDE, CA 92508 TELEPHONE: (877) 378-3843
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 3, 2020, 1:22 pm PST at Home : 139 San Benito , Irvine, CA 92618 received by KAMISHA MARIE DANIEL. Age: 48; Ethnicity: African American; Gender: Female; Weight: 155; Height: 5'6"; Hair: Black.

Subject attempted evading service by driving straight into the garage. She was operating a Blue BMW M3 with plates that say M3LIVIN. Upon arrival the process server encountered a young African-American male who stated the subject was on the way home. The process server then went around the corner and waited. Kamisha then drove in the subdivision and in plain sight of the server towards the garage. The server announced service of process and drop served the documents as she entered the garage and quickly closed the door.

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev 07/15)

RETURN

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Thomas Williams,
Plaintiff,

Case No. 1:20-cv-965
Hon. Hala Y. Jarbou

v.

TO: Myeshia S. Gibson
ADDRESS:

First Network, LLC, Elite Integrity LLC, Ambitious
Marketing Group, Optimum Resource Group, Kamisha
Marie Daniel, Martinee Lashunn Jackson, Myeshia S.
Gibson, and Rostam Varahrami, Defendants.

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
__21__ days after service of this summons on you (not
counting the day you received it). If you fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint. You must also file your answer
or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Phillip C. Rogers (P34356)
Attorney at Law
6140 28th Street SE, Suite 115
Grand Rapids, Michigan 49546-6938

CLERK OF COURT



10/08/2020
By Deputy Clerk                           Date

---

## PROOF OF SERVICE

This summons for ____Myeshia S. Gibson____ was received by me on __10-13-2020__.
(name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____
on _____.                                    (place where served)
          (date)

☒ I left the summons at the individual's residence or usual place of abode with __Kamisha Marie Daniel__, a person
                                                                                        (name)
of suitable age and discretion who resides there, on __12-3-2020__, and mailed a copy to the individual's last known address.
                                                           (date)

☐ I served the summons on _____, who is designated by law to accept service
                                    (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                        (date)

☐ I returned the summons unexecuted because _____

☐ Other (specify) _____

My fees are $ __0.00__ for travel and $ __65.00__ for services, for a total of $ __65.00__

I declare under the penalty of perjury that this information is true.
Date: __12-3-2020__

Brandon
Server's signature

Brandon Sorensen, Process Server
Server's printed name and title

731 E. Alessandro Blvd. A368, Riverside CA
Server's address
92508

Additional information regarding attempted service, etc.:
Time of Service: 1:37pm
48, African-American Female, 155#, 5'6"
black hair

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-965-HYJ-PJG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MYESHIA S. GIBSON was received by me on *(date)* Oct 13, 2020, 12:00 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* KAMISHA MARIE DANIEL , a person of suitable age and discretion who resides there, on *(date)* Thu, Dec 03 2020 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 0.00 for travel and $ 65.00 for services, for a total of $ $65.00 .

I declare under penalty of perjury that this information is true.

Date: 12/03/2020

Server's signature

BRANDON SORENSEN, PROCESS SERVER

*Printed name and title*

EXCALIBUR ATTORNEY SERVICES - 231 E. ALESSANDRO BOULEVARD, SUITE # A368, RIVERSIDE, CA 92508 TELEPHONE: (877) 378-3843

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 3, 2020, 1:37 pm PST at Home: 139 San Benito, Irvine, CA 92618 - Documents left with Kamisha Marie Daniel - Age: 48; Ethnicity: African American; Gender: Female; Weight: 155; Height: 5'6"; Hair: Black.

Subject served attempted evading service by driving straight into the garage. She was operating a Blue BMW M3 with plates that say M3LIVIN. Upon arrival the process server encountered a young African-American male who stated the subject was on the way home. The process server then went around the corner and waited. Kamisha, co-occupant, then drove in the subdivision and in plain sight of the server towards the garage. The server announced service of process and drop served the documents as she entered the garage and quickly closed the door. Myeshia did not appear to be in the vehicle.