UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS WILLIAMS,

    Plaintiff,

v.

FIRST NETWORK, LLC, et al.,

    Defendants.
_____/

Case No. 1:20-cv-965

Hon. Hala Y. Jarbou

## NOTICE OF PARTIAL SETTLEMENT

Plaintiff Thomas Williams and defendant Optimum Resource Group, being the only defendant to appear in this lawsuit, have reached a settlement as to Optimum Resource Group. In order to effect the terms of the settlement as to Optimum Resource Group, the parties respectfully requests that the Court allow until May 13, 2021 for Plaintiff and Optimum Resource Group to file a stipulation for the dismissal of Optimum Resource Group.

Defendant Rostam Varahrami was dismissed from this lawsuit on February 4, 2021. (ECF No. 17).

The default of Ambitious Marketing Group and Martinee Lashunn Jackson was entered by the Clerk of the Court on November 24, 2020. (ECF No. 8). The default of First Network, LLC, Elite Integrity LLC, Kamisha Marie Daniel, and Myeshia S. Gibson, was entered by the Clerk of the Court on January 21, 2021. (ECF No. 16). These six defendants, all in default, have not settled with Plaintiff.

In light of the foregoing, Plaintiff and Optimum Resource Group respectfully request that the Court cancel the Rule 16 Scheduling Conference set for April 28, 2021.

|  |  |
|---|---|
| Dated: April 19, 2021 | /s/ Phillip C. Rogers |
|  | Phillip C. Rogers (P34356) |
|  | Attorney for Plaintiff |
|  | 6140 28th Street SE, Suite 115 |
|  | Grand Rapids, Michigan 49546-6938 |
|  | (616) 776-1176 |
|  | ConsumerLawyer@aol.com |